IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW GILMER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:10-cv-0969 |
| ) | JUDGE CAMPBELL |
| ) | Magistrate Judge Brown |
| ) | |
| T.R. FRANKLIN, INC. d/b/a TIN ROOF II or ) | |
| TIN ROOF 2, JASON SHEER, KYLE ) | |
| McPHEE, GREG ROMINE, LARSEN ) | |
| McCOLL PARTNERS, LP, SMW ) | |
| CAROTHERS, LLC, NDG CAROTHERS LLC, ) | |
| NDG PROPERTIES, INC., GREGORY ) | |
| HANSON, STEWART CROSS, JOSHUA ) | |
| EDWARDS, and IAN HERRIN, ) | |
| ) | |
| Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant T.R. Franklin, Inc. d/b/a Tin Roof II files this corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. T.R. Franklin, Inc. d/b/a Tin Roof II does not have a parent corporation, and no publicly-held company owns 10% or more of its stock.

Respectfully submitted,

*s/W. Bryan Brooks*
**W. BRYAN BROOKS**
Registration No. 7209
Attorney for T.R. Franklin, Sheer, McPhee and Romine

**BREWER KRAUSE BROOKS
CHASTAIN & BURROW, PLLC**
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2010, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system. The parties to be served are as follows:

Philip N. Elbert, Esquire
Registration No. 9430
Lisa P. Binder, Esquire
Registration No. 24052
Attorneys for Plaintiff
Neal & Harwell, PLC
150 Fourth Avenue, North, Suite 2000
Nashville, TN 37219
(615) 244-1713

James A. Beakes, III, Esquire
Registration No. 024073
Attorney for Larsen McColl Partners, LP
Miller & Martin, PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219
(615) 244-9270

Allen N. Woods, Esquire
Registration No. 23103
Attorney for Edwards and Herrin
Law Office of Woods and Woods
P.O. Box 128498
Nashville, TN 37212
(615) 321-1426

SMW Carothers, LLC
c/o W. Fred Williams, Registered Agent
105 Ashlawn Court Reporting Associates
P.O. Box 40725
Nashville, TN 37204-0725

NDG Carothers, LLC
c/o Paula Van Slyke, Registered Agent
4117 Hillsboro Road, Suite 207
Nashville, TN 37215

NDG Properties, Inc.
c/o Paula Van Slyke, Registered Agent
4117 Hillsboro Road, Suite 207
Nashville, TN  37215

>	*s/W. Bryan Brooks*
>	**W. BRYAN BROOKS**

BJM