```
                UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF TENNESSEE
                      NASHVILLE DIVISION
```

MATTHEW GILMER,                )
                               )
       Plaintiff,              )
                               )
       v.                      )   NO. 3:10-0969
                               )   Judge Campbell/Brown
T. R. FRANKLIN, INC., d/b/a Tin )   **Jury Demand**
Roof II or Tin Roof 2, et al., )
                               )
       Defendants.             )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on February 2, 2012. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The Clerk is directed to return this file to Magistrate Judge Brown.

It is so **ORDERED**.

                                                s/ John S. Bryant  
                                                JOHN S. BRYANT  
                                                United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW GILMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:10-0969 |
| ) | Judge Campbell/Brown |
| T. R. FRANKLIN, INC., d/b/a Tin ) | **Jury Demand** |
| Roof II or Tin Roof 2, et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on February 2, 2012. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The Clerk is directed to return this file to Magistrate Judge Brown.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge

```
                  UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

MATTHEW GILMER,                    )
                                   )
        Plaintiff,                 )
                                   )
     v.                            )    NO.  3:10-0969
                                   )    Judge Campbell/Brown
T. R. FRANKLIN, INC., d/b/a Tin    )    **Jury Demand**
Roof II or Tin Roof 2, et al.,     )
                                   )
        Defendants.                )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on February 2, 2012. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The Clerk is directed to return this file to Magistrate Judge Brown.

It is so **ORDERED**.

                                                             s/ John S. Bryant
                                                             JOHN S. BRYANT
                                                             United States Magistrate Judge