```
                  UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

MATTHEW GILMER,                       )
                                      )
         Plaintiff                    )
                                      )
v.                                    )
                                      )
T. R. FRANKLIN, INC. d/b/a TIN        )     Case No. 3:10-0969
ROOF II or TIN ROOF 2, JASON          )     Judge Campbell/Brown
SHEER, KYLE MCPHEE, GREG              )     **Jury Demand**
ROMINE, LARSEN MCCOLL PARTNERS,       )
L.P.,  SMW CAROTHERS, LLC, NDG        )
CAROTHERS, LLC, NDG PROPERTIES,       )
INC., GREGORY HANSON, STEWART         )
CROSS, JOSHUA EDWARDS, and            )
IAN HERRIN,                           )
                                      )
         Defendants                   )

                           O R D E R

A telephone conference was held with the parties on February 23, 2012. The parties advised that they had successfully completed their depositions in Jackson and were generally on schedule with the revised schedule orders that were entered in the case. At the present time they did not see the need for any action by the Magistrate Judge.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge

1