IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATTHEW GILMER )
)
v. ) NO. 3-10-0969
) JUDGE CAMPBELL
T.R. FRANKLIN, INC., et al. )

ORDER

Pending before the Court is a Joint Motion of Plaintiff and Defendant Larsen Maccoll Partners, LP for Voluntary Dismissal without Prejudice of Defendant Larsen Maccoll Partners, LP (Docket No. 72). The Motion is GRANTED and Plaintiff's claims against Defendant Larsen Maccoll Partners, LP are DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE