IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW GILMER | ) |
| | ) |
| v. | ) NO. 3-10-0969 |
| | ) JUDGE CAMPBELL |
| T.R. FRANKLIN, INC., et al. | ) |

ORDER

Pending before the Court is a Joint Motion of Plaintiff and Defendants Joshua Edwards and Ian Herrin for Voluntary Dismissal without Prejudice of Defendants Edwards and Herrin (Docket No. 74). The Motion is GRANTED and Plaintiff's claims against Defendants Edwards and Herrin are DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE