IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW GILMER | ) |
| | ) |
| v. | ) NO. 3-10-0969 |
| | ) JUDGE CAMPBELL |
| T.R. FRANKLIN, INC., et al. | ) |

ORDER

Pending before the Court are Plaintiff's Motion for Voluntary Dismissal Without Prejudice of Count VI of the Complaint (Docket No. 76) and a Joint Motion for Voluntary Dismissal Without Prejudice of Defendants SMW Carothers, LLC and NDG Carothers, LLC (Docket No. 77).

These two Motions are GRANTED. Plaintiff's claims under Count VI of the Complaint are DISMISSED without prejudice, and Plaintiff's claims against Defendants SMW Carothers, LLC and NDG Carothers, LLC are DISMISSED without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE