UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Matthew Gilmer )
 )
    Plaintiff, )
 )
    v. ) NO. 3:10-0969
 ) Judge Campbell /Brown
T.R. Franklin, Inc., et al. )
 )
    Defendants. )

## O R D E R

There are pending motions for summary judgment filed by the defendants in this case and it is set before the Honorable Judge Todd Campbell for a Final Pretrial Conference on January 14, 2013 at 9:00 a.m. with a Jury Trial set for January 22, 2013 at 9:00 a.m.

Inasmuch as there appear to be no further proceedings to be conducted before the Magistrate Judge, the Clerk is **directed** to term the referral and forward the file to Judge Campbell.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge