IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MATTHEW GILMER, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:10-cv-0969 |
| | ) | JUDGE CAMPBELL |
| T.R. FRANKLIN, INC., *et. al.*, | ) | Magistrate Judge Brown |
| | ) | |
|     Defendants. | ) | |

### T.R. FRANKLIN, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE EVIDENCE OF PRIOR CRIMINAL ACTS

Comes now Defendant, T.R. Franklin, Inc., ("Tin Roof"), by and through counsel, pursuant to Rule 37(c)(1) of the Federal Rules of Civil Procedure, and hereby moves the Court to exclude all evidence of prior criminal acts at Tin Roof locations prior to the incident in question. Tin Roof has filed a Memorandum of Law in support stating specifically the grounds upon which the Court should exclude this evidence. As general grounds, Tin Roof would show the Court the following:

    1.    Pursuant to Fed. R. Civ. Pro. 37(c)(1), the Court should exclude evidence of criminal acts occurring prior to the incident in question because Plaintiff failed to identify any such criminal acts during discovery. Fed. R. Civ. Pro. 37(c)(1); McClung v. Delta Square Ltd. P'ship., 937 S.W.2d 891 (Tenn. 1996); Staples v. CBL & Associates, Inc., 15 S.W.3d 83 (Tenn. 2000); Z-Gem Co. v. Dollar General-A-Car, 406 F.Supp.2d 867 (W.D. Tenn. 2005). By way of written discovery, Tin Roof requested that Plaintiff identify any and all evidence of prior criminal acts that may have occurred inside or outside Tin Roof prior to the incident in question. To date, Plaintiff has produced no such information and his expert was unable to identify any prior instances of criminal

acts that had occurred at Tin Roof. As a result, the Court should exclude any evidence of prior acts of criminal activity at Tin Roof prior to the incident in question in accordance with Rule 37(c)(1) of the Federal Rules of Civil Procedure.

    2.    The Court should exclude evidence of instances of criminal acts the Tin Roof Nashville located because any such instances are not substantially similar to the incident in question. See Fed. R. Evid. 801; Rye v. Black & Decker Mfg. Co., 889 F.2d 100, 102 (6th Cir. 1989); Koloda v. General Motors Parts Division, General Motors Corp., 716 F.2d 373, 376 (6th Cir. 1983); Galloway v. Big G Express, 208 WL 2704443 (E.D. Tenn. 2008). The call reports produced by Plaintiff in discovery are hearsay without exception. Miller v. Field, 35 F.3d 1088, 1091 (6th Cir. 1994). Additionally, Plaintiff has not shown through discovery or otherwise that there is any substantial similarity between the Nashville and Franklin Tin Roof locations. As a result, the Court should exclude evidence of criminal activity at the Tin Roof Nashville location because such evidence would be irrelevant and unfairly prejudicial. Fed. R. Evid. 401 and 403; Rye, 889 F.2d at 102-103.

    WHEREFORE, premise considered, Defendant respectfully requests that the Court exclude all prior instances of crimes committed by third parties against patrons of Tin Roof be excluded as evidence at trial.

Respectfully submitted,

*s/Steven J. Meisner*
**STEVEN J. MEISNER**
Registration No. 23777
Attorney for T.R. Franklin, Inc.

**BREWER KRAUSE BROOKS
CHASTAIN & BURROW, PLLC**
611 Commerce Street, Suite 2600
P.O. Box 23890
Nashville, TN 37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document has been served by the methods indicated upon the following on this 30th day of August, 2013:

| Methods | Recipient |
|---|---|
| ☐ Hand<br>☐ Regular Mail<br>☐ Certified Mail<br>☐ Fax<br>☐ Fed X<br>☐ Email<br>☒ EFS | Philip N. Elbert, Esquire (BPR #9430)<br>Lisa P. Binder, Esquire (BPR #24052)<br>J. Isaac Sanders, Esquire<br>Neal & Harwell, PLC<br>150 Fourth Avenue, North, Suite 2000<br>Nashville, TN 37219<br>Email: pelbert@nealharwell.com<br>Email: lbinder@nealharwell.com<br>Email: isanders@nealharwell.com<br>Facsimile: (615) 726-0573<br>Phone: (615) 244-1713<br>Attorneys for Plaintiff |
| ☐ Hand<br>☐ Regular Mail<br>☐ Certified Mail<br>☐ Fax<br>☐ Fed X<br>☐ Email<br>☒ EFS | Warren M. Smith, Esquire (BPR #10622)<br>Smith & Tomkins<br>214 Second Avenue, North, Suite 100<br>Nashville, TN 37201<br>Email: wsmith@smithtomkins.com<br>Facsimile: (615) 256-1283<br>Phone: (615) 256-1280<br>Attorney for SMW Carothers, LLC, NDG Carothers, LLC and NDG Properties, Inc. |

| | |
|---|---|
| ☐ Hand<br>☐ Regular Mail<br>☐ Certified Mail<br>☐ Fax<br>☐ Fed X<br>☐ Email<br>☒ EFS | Raymond G. Prince, Esquire (BPR #5592)<br>Prince & Hellinger, P.C.<br>150 Second Avenue, N., Ste. 300<br>Nashville, TN 37201-1902<br>Email: rprince@princehellinger.com<br>Facsimile: (615) 244-8644<br>Phone: (615) 244-8630<br>Attorney for Burke Hanson |

*s/Steven J. Meisner*
**STEVEN J. MEISNER**

SJM:dml