IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MATTHEW GILMER | ) |
| | ) |
| v. | ) NO. 3-10-0969 |
| | ) JUDGE CAMPBELL |
| T.R. FRANKLIN, INC., et al. | ) |

ORDER

Pending before the Court is a Motion of Defendant NDG Properties to Reset Trial Date (Docket No. 161). The Motion is GRANTED.

The jury trial of this action, currently set for March 11, 2014, is rescheduled to March 4, 2014, beginning at 9:00 a.m. The pretrial conference, currently set for March 3, 2014, is rescheduled to February 24, 2014, at 10:30 a.m. Any supplemental pretrial documents shall be filed by February 17, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE