IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATTHEW GILMER )
 )
v. ) NO. 3-10-0969
 ) JUDGE CAMPBELL
T.R. FRANKLIN, INC., et al. )

ORDER

Pending before the Court is Plaintiff's Motion for Additional Time to Obtain Counsel (Docket No. 175). Under the circumstances, the Motion is GRANTED, and Plaintiff shall have until June 6, 2014, to obtain new counsel. In addition, Plaintiff shall file a Notice of Change of Address with the Court if the address on the current docket sheet is incorrect.

Plaintiff is reminded that this action is set for a jury trial on July 29, 2014, with a pretrial conference on July 25, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE