IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MATTHEW GILMER            )
                          )
v.                        ) NO. 3-10-0969
                          ) JUDGE CAMPBELL
T.R. FRANKLIN, INC., et al.  )

ORDER

Pending before the Court is Plaintiff's Motion for Rule 41 Voluntary Dismissal (Docket Nos. 178 and 180). Defendants do not oppose the voluntary dismissal without prejudice (Docket No. 181).

Accordingly, this action is DISMISSED without prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

The pretrial conference set for July 25, 2014, and the jury trial set for July 29, 2014, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE